# EXHIBIT 9

Untitled

1                                                      1

2              SUPREME COURT OF THE STATE OF NEW YORK

3                       COUNTY OF NEW YORK

4        _____

5        JERICHO GROUP, LTD.,

6                                    Plaintiff,

7           - against -

8        MIDTOWN DEVELOPMENT, L.P.,

9                                    Defendant.

10       _____

11

12

13

14
                    DEPOSITION OF MEYER CHETRIT
15
                        New York, New York
16
                     Wednesday, March 8, 2006
17

18

19
         Reported by:
20       MICHELE ROSSI, RPR

21

22

23

24

25

1           Chetrit - Noncertified Rough Draft    33

14       Q    Did you ever offer to Sam Pfeiffer to

15   become his partner to purchase the Midtown

16   property?

17       A    We are partners.

18       Q    I'm saying, did you ever offer to him to

Untitled

19   become his partner?

20       A    We met and we're partners.

1          Chetrit - Noncertified Rough Draft    34

9        Q    Did you ever offer to Sam Pfeiffer to

10   become his partner to purchase the Midtown

11   property?

12       A    Yes.

13       Q    When?

14       A    In August 2002.

15       Q    How did you make that offer?

16       A    He came to my office and we signed

17   the -- I gave you the paper that you have there.

18       Q    He gave you --

19       A    That paper.

20       Q    This piece of paper?

21            MR. SEGAL:  Why don't you mark it?

22            MR. GEREMIA:  I will.  Let's mark this

23   as Chetrit 4, please.

24            (Chetrit Exhibit 4, document entitled,

25   memorandum of understanding, marked for

1          Chetrit - Noncertified Rough Draft    35

2    identification, as of this date.)

3        Q    We've just marked as Chetrit 4, a

4    document entitled, memorandum of understanding.

15       Q    How did you make that offer to

16   Mr. Pfeiffer?

17       A    It was in my office.  And we agreed to

18   be partners.

19       Q    What did you say to him?

20       A    Exactly what's written here.

Page 2

Untitled

21     Q    You said exactly what is written in
22   this?
23     A    Yes.

1          Chetrit - Noncertified Rough Draft    38
6      Q    What terms did you negotiate?
7      A    The sharing.
16     Q    What does 65-35 mean?
17     A    65 for him.  35 for me.

1          Chetrit - Noncertified Rough Draft    39
9      Q    When in August did you make this
10   agreement with Mr. Pfeiffer?
11     A    August 6, 2002.

1          Chetrit - Noncertified Rough Draft    49
11     A    The most important was the Amtrak paper
12   and the oil spill.  That's what was the most
13   important paper we needed.
14     Q    It was important to you to have the
15   Amtrak exhibits, correct?
16     A    Yes.
17     Q    Why was that most important to you?
18     A    To know what is the agreement with the
19   Amtrak papers.
20     Q    These were the exhibits to the Amtrak
21   agreement you're talking about?
22     A    Yes.
23     Q    And it was important to you to have
24   those exhibits?
25     A    Yes.  To have our obligation with

1          Chetrit - Noncertified Rough Draft    50
                         Page 3

Untitled

2    contract, the contract with Amtrak.

3         Q    To know what your contract with Amtrak

4    would be, correct?

5         A    Yes.


1         Chetrit - Noncertified Rough Draft    51


3         Q    Go down with me to the next paragraph,

4    if you would.

5         A    Yes.

6         Q    Chetrit hereby agrees to enter into this

7    transaction and put all the monies necessary to

8    close either in cash or through sources of

9    financing.  When you say that Chetrit agrees to

10   enter into this transaction, what does that mean?

11        A    That means we will put -- we will pay in

12   cash or any loan that we can get.

13        Q    Pay in cash for the Midtown property?

14        A    Yes.

15        Q    When were you going to purchase the

16   Midtown property?

17        A    At the closing.

18        Q    At the closing of Jericho's contract

19   with Midtown?

20        A    Yes.

21        Q    Correct?

22        A    I was going to put all the money.


1         Chetrit - Noncertified Rough Draft    56

15             So your plan was to develop the

16   property?

17        A    Yes, sir.

18        Q    When were you going to do that?
                        Page 4

Untitled

19    A   As soon as possible.

20    Q   But when did you have in mind to develop

21 the property?

22    A   After we close, we start with the papers

23 and we go ahead.

24    Q   You were going to start immediately to

25 develop?

1        Chetrit - Noncertified Rough Draft   57

2    A   Yes.

3    Q   How were you going to begin that

4 development process?

5    A   I have money, so I put money and then we

6 take back from the bank.

7    Q   I'm talking about the development, the

8 building, correct, on the property?

9    A   Yes.

Untitled

1        Chetrit - Noncertified Rough Draft    96

2        A    No.

3        Q    Do you know whose handwriting it is?

4             MR. SEGAL:   Don't guess.   If you know,

5        if you don't, you don't.

6        A    I don't know.

7        Q    Do you know whether it's Sam Pfeiffer's

8        handwriting?

9             MR. SEGAL:   If you know, you know.   If

10       you don't, you don't.

11       A    I don't know.

12       Q    What is Web Realty International LLC?

13       A    I think it's from Sam Pfeiffer's office.

14       Q    Turn to the third page, is that your

15       handwriting on the fax cover sheet dated August

16       27, '02?

17       A    No.

18       Q    I'm finished.

19            MR. SEGAL:   Thank you.

20            We have delivered to counsel for

21       defendant, two files.   One is my office file

22       on this matter.   The second one are the

23       documents that the client had.

24            Counsel is to make copies and return

25       this to me by Friday.   Is that good enough?

1            Chetrit - Noncertified Rough Draft    97

2            MR. GEREMIA:   Yes.

3            (Time Noted:   4:00 p.m.)

4

5

6

7

(646) 230-9360 PHONE
(646) 230-9369 FAX

## MEMORANDUM OF UNDERSTANDING

This MOU, binding and irrevocable, is dated August 6, 2002 between Jericho Group Ltd and/or Sam Pfeiffer and Chetrit Group LLC and/or any of its assignees.

Jericho entered into a signed agreement with Midtown Development to acquire the premises located on 11th Avenue between 36th and 38th Streets above Amtrak for a total price of $28 million. Jericho has a deposit of $250,000.00 in the contract subject to certain conditions and due diligence.

Sam Pfeiffer will work diligently with architects, engineers, etc., in processing all information and getting through the due diligence.

Chetrit hereby agrees to enter into this transaction and put all the monies necessary to close, either in cash or through sources of financing. Jericho/ Sam Pfeiffer will accept the terms of the loan, if any, that these terms should be market driven.

All "Chetrit" capitalization will be earning 8% interest compounded. After payments of loan and capital and any other financial obligation (profit sharing, equity participation, which will come from the proceeds) Chetrit will have 35% of the profit and Jericho/ Sam Pfeiffer will have 65%.

The day to day management after closing will be handled by Chetrit or anyone that Chetrit assigns to. The signatory of checks, documents, etc. will be solely Chetrit until they have the full return of their money with interest and then Pfeiffer can sign together with Chetrit.

Chetrit has the full right to mortgage the property to get acquisition or construction financing.

The plan for the property is to develop according to its full potential for office, residential, parking, etc.

For the sale of the Property, we must have unanimous vote.

Before the closing, Chetrit and Pfeiffer will have a full drawn operating agreement.

At the closing, Chetrit will refund the deposit and expenses to Pfeiffer.

Jericho Group Ltd

_____
Sam Pfeiffer

Chetrit Group LLC

_____
Meyer Chetrit

CHETRIT 00104