Peretz Bronstein, Esq.
BRONSTEIN, GEWIRTZ &
 GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
Attorneys for Jericho Group, Ltd.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JERICHO GROUP LTD., et al.,

        Plaintiffs                              14-CV-2329 (DLI)(VMS)

--against--

MID-TOWN DEVELOPMENT LIMITED         **DECLARATION OF SERVICE**
PARTNERSHIP, et al.,

        Defendants.
-----------------------------------------------------------x

Shmuel Katz, declaring under penalties of perjury, hereby states:

1. I am over eighteen years old and not a party to this action.

2. On August 20, 2015, I mailed copies of the Order of Magistrate Judge Vera M. Scanlon, dated August 18, 2015, and the full docket sheet in this action to:

        SAMUEL PFEIFFER
        268 Wallabout Street
        Brooklyn, NY 11206

    and

        CHANA PFEIFFER
        268 Wallabout Street
        Brooklyn, NY 11206

                                                                 /s/ Shmuel Katz
                                                            Shmuel Katz