UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERICHO GROUP LTD.,

                            Plaintiff,                            JUDGMENT

          -against-                               14-CV-2329 (DLI) (VMS)


MID-TOWN DEVELOPMENT LIMITED
PARTNERSHIP, et al.,

                          Defendants.
-----------------------------------------------------------------X

      An Order of the Honorable Dora L. Irizarry, United States District Judge, having been

filed on November 1, 2021, directing the Clerk of Court to enter judgment; it is

      ORDERED and ADJUDGED that pursuant to the September 22, 2017 Order of

Settlement, a Confession of Judgment in the amount of $350,000 is hereby entered against

Samuel Pfeiffer and Plaintiff Jericho Group Ltd.

Dated: Brooklyn, New York                       Douglas C. Palmer
       November 2, 2021                     Clerk of Court

                                    By:     */s/Jalitza Poveda*
                                         Deputy Clerk